**Affirmed as Modified; Opinion Filed June 27, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01639-CR

## MICHAEL SHAWN CHAFFIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 382nd Judicial District Court
### Rockwall County, Texas
### Trial Court Cause No. 2-12-216

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

Michael Shawn Chaffin waived a jury, pleaded guilty to burglary of a habitation, and pleaded true to one enhancement paragraph. *See* TEX. PENAL CODE ANN. § 30.02(a) (West 2011). The trial court assessed punishment at fifty years' imprisonment and a $10,000 fine. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel

Op.] 1978).  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

Although not an arguable issue, we note that appellant's name is misspelled in the trial court's nunc pro tunc judgment.  Thus, we modify the nunc pro tunc judgment to correct the spelling of appellant's name to Michael Shawn Chaffin.  *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.─Dallas 1991, pet. ref'd).  As modified, we affirm the trial court's judgment.


<u>Douglas S. Lang</u>
DOUGLAS S. LANG
JUSTICE


Do Not Publish
TEX. R. APP. P. 47
121639F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL SHAWN CHAFFIN,
Appellant

No. 05-12-01639-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 382nd Judicial District
Court of Rockwall County, Texas
(Tr.Ct.No. 2-12-216).
Opinion delivered by Justice Lang, Justices
Myers and Evans participating.

Based on the Court's opinion of this date, we **MODIFY** the nunc pro tunc judgment to correct the spelling of appellant's name to Michael Shawn Chaffin.

As modified, we **AFFIRM** the nunc pro tunc judgment.

Judgment entered June 27, 2013.

Douglas S. Lang
DOUGLAS S. LANG
JUSTICE